EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
111 NORTH MARKET ST.
SUITE 300
SAN JOSE, CALIFORNIA 95113
(408) 625-1138
(408) 625-1139 FAX

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re:<br><br>ANNALYN AQUINO ARTADI,<br><br>        Debtor. | Case No. 07-53947<br><br>Chapter 7<br><br>DEBTOR'S MOTION TO REOPEN CASE |
|---|---|

**The Debtor**, ANNALYN AQUINO ARTADI by her counsel, requests that the above-captioned case be reopened pursuant to 11 U.S.C. 350(b) in order to accord relief the Debtor and in support thereof avers as follows:

1. The debtor filed bankruptcy pursuant to Chapter 7 of the Bankruptcy Code on November 30, 2007, and received a discharge pursuant to 11 U.S.C. 727 on March 11, 2008.

//

//

**FIRST FRANKLIN LOANS SERVICES/BAC HOME LOANS SERVCING, LP**

2. Among the debts listed in the Debtor's petition and discharge in this bankruptcy case was a debt in the amount of $82,000.00 to FIRST FRANKLIN LOAN SERVICES.

3. FIRST FRANKLIN LOAN SERVICES received notice of the discharge on or about March 14, 2008.

4. On or about September 15, 2010 and to current date, Debtor received a letter from BAC HOME LOANS SERVICING, LP stating that they were taking over this debt and made demands to collect on the debt.

5. The Debtor has prepared an action against FIRST FRANKLIN LOAN SERVICES and BAC HOME LOANS SERVICING, LP for contempt for violation of the discharge injunction applicable to this case by virtue of 11 U.S.C. 524(a). A copy of that action is attached hereto and labeled Exhibit A.

**FIRESIDE BANK/PRENOVOST, NORMANDIN, BERGH & DAWE**

6. Among the debts listed in the Debtor's petition and discharge in this bankruptcy case was a debt in the amount of $32,436.00 to FIRESIDE BANK.

7. FIRESIDE BANK received notice of the discharge on or about March 14, 2008.

8. On or about August 30, 2010, Debtor was served with a lawsuit from PRENOVOST, NORMANDIN, BERGH & DAWE on behalf of creditor FIRESIDE BANK in an attempt to collect on the discharged debt.

9. The Debtor has prepared an action against FIRESIDE BANK and PRENOVOST, NORMANDIN, BERGH & DAWE for contempt for violation of the discharge injunction applicable to this case by virtue of 11 U.S.C. 524(a). A copy of that action is attached hereto and labeled Exhibit B.

**WHEREFORE,** the debtor respectfully prays of the Court as follows:

    a. That the Debtor's case be reopened to allow Debtor to file and prosecute an action against FIRST FRANKLIN LOAN SERVICES, and/or BAC HOME LOANS SERVICING, LP for violation of the discharge injunction;

    b. That the Debtor's case be reopened to allow Debtor to file and prosecute an action against FIRSESIDE BANK and PRENOVOST, NORMANDIN, BERGH & DAWE for violation of the discharge injunction;

    c. That the debtor has such other and further relief as to the Court may seem just and proper.

**LAW OFFICE OF EDDY HSU**

Dated: October 26, 2010           /s/ Eddy Hsu
                                                  EDDY HSU
                                                  Attorney for Debtor