

```
EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
111 NORTH MARKET ST.
SUITE 300
SAN JOSE, CALIFORNIA 95113
(408) 625-1138
(408) 625-1139 FAX

Attorney for Debtor(s),
```

Dated February 07, 2011

_____
**Not Signed**

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

\* see reasons below

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

ANNALYN AQUINO ARTADI,

      Debtor(s).

Case No. 07-53947

Chapter 7

**ORDER OF DEFAULT REGARDING MOTION TO REOPEN CASE**

The Debtor(s) filed a Motion to Re-Open Case on October 26, 2010. Proper service of the motion was made on October 26, 2010. No subsequent actions were taken by FIRST FRANKLIN LOAN SERVICES, and/or BAC HOME LOANS SERVICING, LP or FIRSESIDE BANK and PRENOVOST, NORMANDIN, BERGH & DAWE.

IT IS ORDERED THAT:

1. The Debtor's case is re-opened for purposes of filing two Adversary Complaints.

**\*\*\* END OF ORDER\*\*\***

```
*Reopening a case is not necessary for the debtor to file
adversary proceedings to enforce discharge injunction or seek
civil contempt. See In re Menk, 241 B.R. 896, 910 (9th Cir. BAP 1999)
[continue below]
```

**COURT SERVICE LIST**

**Debtor**
Annalyn Aquino Artadi
1765 Laness Ave
Milpitas, CA 95035-7019

**Debtor's Attorney**
Law Office of Eddy Hsu
111 North Market St., #300
San Jose, CA 95113

PRENOVOST, NORMANDIN, BERGH & DAWE
2122 N. Broadway, Suite 200
Santa Ana, CA 92706-2614

FIRESIDE BANK
5050 Hopyard Road, Suite 200
Pleasanton, CA 94588

BAC HOME LOANS SERVICING, LP
7105 Corporate Drive
Plano, TX 75024

BANK OF AMERICA
101 S Tryon St.
Charlotte, North Carolina 28202

```
(Reopening associated with filing a discharge-related, post-
closing adversary proceeding is not of jurisdictional
significance.); see also Collier on Bankruptcy, Paragraph
350.03[4], p. 350-11 (16th Ed., 2010)(reopening a case to enforce
the discharge injunction of section 524(a) is not necessary for
the court to render a decision because the court has jurisdiction
under 28 U.S.C. section 1334.)
Debtor may file his adversary complaints without reopening the
main case.
```