

The following constitutes
the order of the court. Signed February 11, 2014

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

Caroline R. Djang (State Bar No. 216313)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035
Email: cdjang@rutan.com

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 07-53947 |
| Annalyn A. Artadi, | Chapter 7 |
| Debtor(s). | **ORDER ON MOTION TO (1) REOPEN CASE, (2) RESTRICT PUBLIC ACCESS TO UNREDACTED DOCUMENTS, AND (3) RE-CLOSING CASE** |

Based on the Court's review of the *Motion for a Entry of an Order (i) Reopening Case, (ii) Restricting Public Access to Unredacted Documents, and (iii) Re-Closing Case (the "**Motion**")* filed by Capital One Auto Finance, a Division of Capital One, N.A. (the "***Movant***") on February 5, 2014 [Doc. No. 52], seeking an order from the Court reopening the above-referenced bankruptcy case (the "***Bankruptcy Case***"), restricting public access

-1-

to the Request for Notice Pursuant to Bankruptcy Rule 2002 and 9010 filed at **Docket Entry No. 9** (the ***"Unredacted Documents"***), and then immediately re-closing the Bankruptcy Case.

The Court, having considered the Motion, (i) finds that it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b), (ii) find that proper notice of the Motion has been provided and that no further notice need be provided to grant the relief ordered herein, and, (iii) based on the Motion, the pleadings in this Case, including the Unredacted Documents, and the applicable law, finds that cause exists for granting the relief ordered herein. It is therefore with good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED; and it is further ordered that

2. The Bankruptcy Case is reopened solely for the purpose of effectuating the provisions of this Order; and is further ordered that

3. All public access on the Court's electronic filing system to the Unredacted Documents at **Docket Entry No. 9** shall be restricted by the Court; and it is further ordered that

4. The Clerk of this Court shall retain the original filings after entry of any such protective order and shall provide access to such original filings to the applicable debtors, the debtors' counsel, the U.S. Trustee and any applicable case trustee and such trustee's counsel upon request by any such party, consistent with the procedures of this Court; and it is further ordered that

5. This case shall automatically close immediately after the Clerk of this Court restricts all public access on the Court's electronic filing system to the Unredacted

Documents; and it is further ordered that

6. The Clerk of this Court shall take all reasonable and appropriate actions to assist with the efficient implementation of the directives and objectives of this Order; and it is further ordered that

7. The Court shall retain jurisdiction relating to the implementation and interpretation of this Order.

*** END OF ORDER ***

# COURT SERVICE LIST

**Debtor(s)**
Annalyn Aquino Artadi
1436 Acadia Avenue
Milpitas, CA 95035